IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ronald David Brown, :

    Plaintiff, :

       v. :    Case No. 2:12-cv-392
                                JUDGE JAMES L. GRAHAM
Barack Obama, et. al., :    Magistrate Judge Kemp

    Defendants. :

## OPINION AND ORDER

On July 27, 2012, the Court dismissed this case for failure to state a claim upon which relief could be granted, and on August 13, 2012, the Court denied plaintiff's motion to reconsider that order. He has now filed a notice of appeal.

When a party who has been granted leave to proceed *in forma pauperis* at the district court level files a notice of appeal, that party is entitled to proceed *in forma pauperis* on appeal "unless: (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith ...." Fed.R.App.P. 24(a)(3)(A). An appeal is not taken in good faith unless the appellant can "show the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal." Rolland v. Primesource Staffing, L.L.C., 497 F.3d 1077, 1079 (10th Cir. 2007). For the reasons stated in the Court's two prior orders, there does not appear to be a nonfrivolous argument to be made in support of reversal. The Court therefore **CERTIFIES** that the appeal is not taken in good faith.

    IT IS SO ORDERED.

                                           /s/ JAMES L. GRAHAM
                                           United States District Judge